```
1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Maria Tirado, aka<br>Maria I. Tirado,<br><br>　　　　　Defendant | No. CV 11-08072<br><br><br>CONSENT JUDGMENT |

　　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Maria Tirado, aka Maria I. Tirado, in the principal amount of $4,860.98 plus interest accrued to September 27, 2011, in the sum of $6,384.74; with interest accruing thereafter at the daily rate of $1.09 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$11,245.72**.

DATED:　11/15/2011　　　　　By:　　　Terry Nafisi　　
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　A. Martinez　　　
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　United States District Court